**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00054-REB-KLM

MARISOL SARDINA A/K/A ALEJANDRA ARREDONDO,
COLUMBA RODRIGUEZ A/K/A ANABEL ECHEVERRIA,
MARGARITA HERRERA A/K/A JESSICA GONZALEZ,
ALBERTO ECHEVERRIA A/K/A JESUS F. GONZALEZ,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA A/K/A ROSA MEDINA,
PATRICIA ALEJANDRE GARCIA A/K/A ANA MONCADA,
JESSICA MORALES TAVERA,
MARIA QUINONES M. A/K/A KARIME DOMINGUEZ,
ROSAURA ZAVALA A/K/A ALEJANDRA GUTIERREZ,

individually and on behalf of others similarly situated,

    Plaintiffs,

v.

ROBERT F. CHARLES A/K/A BOB CHARLES D/B/A MCDONALDS RESTAURANT;
ROBERT F. CHARLES A/K/A BOB CHARLES D/B/A THE CHARLES ORGANIZATION;
LONG PEAK ARCHES, INC.;
MILE HIGH DRIVE-IN, INCORPORATED;
MCDONALDS CORPORATION;
LORENA ESTRADA AND CLIFF PETE

in their individual and corporate capacities,

    Defendants.

**ORDER DISMISSING A PARTY**

**Blackburn, J.**

    The matter is before me on the **Notice of Dismissal for Defendant McDonald's Corporation Only** [#24][1] filed March 2, 2015.  After careful review of the notice and the

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

file, I conclude that the notice should be approved and that the claims of the plaintiffs against defendant, McDonalds Corporation, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal for Defendant McDonald's Corporation Only** [#24] filed March 2, 2015, is **APPROVED**;

2. That claims of the plaintiffs defendant, McDonalds Corporation, are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

3. That defendant, McDonalds Corporation, is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated March 4, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge