**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00054-REB-KLM

MARISOL SARDINA A/K/A ALEJANDRA ARREDONDO,
COLUMBA RODRIGUEZ A/K/A ANABEL ECHEVERRIA,
MARGARITA HERRERA A/K/A JESSICA GONZALEZ,
ALBERTO ECHEVERRIA A/K/A JESUS F. GONZALEZ,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA A/K/A ROSA MEDINA,
PATRICIA ALEJANDRE GARCIA A/K/A ANA MONCADA,
JESSICA MORALES TAVERA,
MARIA QUINONES M. A/K/A KARIME DOMINGUEZ,
ROSAURA ZAVALA A/K/A ALEJANDRA GUTIERREZ, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

ROBERT F. CHARLES A/K/A BOB CHARLES D/B/A MCDONALDS RESTAURANT;
ROBERT F. CHARLES A/K/A BOB CHARLES D/B/A THE CHARLES ORGANIZATION;
LONG PEAK ARCHES, INC.;
MILE HIGH DRIVE-IN, INCORPORATED;
MCDONALDS CORPORATION;
LORENA ESTRADA AND CLIFF PETE, in their individual and corporate capacities,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the **Unopposed Motion for Leave to File Second Amended Complaint** [#38][1] filed April 7, 2015; and (2) the **Recommendation**

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

of **United States Magistrate Judge** [#40] filed April 17, 2015.  No objections to the recommendation were filed.  Therefore, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no error, much less plain error, in the recommendation, I find and conclude that recommendation should be approved and adopted.  The motion to amend is granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#40] filed April 27, 2015, is approved and adopted as an order of this court;

2. That the **Unopposed Motion for Leave to File Second Amended Complaint** [#38] filed April 7, 2015, is granted; and

3. That the proposed **Second Amended Collective and Class Action Complaint** [#38-1] is accepted for filing.

Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge