IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00054-REB-KLM

MARISOL SARDINA, also known as Alejandra Arredondo,
COLUMBA RODRIGUEZ, also known as Anabel Echeverria,
MARGARITA HERRERA, also known as Jessica Gonzalez,
ALBERTO ECHEVERRIA, also known as Jesus F. Gonzalez,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA, also known as Rosa Medina,
PATRICIA ALEJANDRE GARCIA, also known as Ana Moncada,
JESSICA MORALES TAVERA,
MARIA QUINONES, also known as Karime Dominguez,
ROSAURA ZAVALA, also known as Alejandra Gutierrez,
    individually and on behalf of others similarly situated,

    Plaintiff,

v.

TWIN ARCHES PARTNERSHIP, LTD,
LORENA ESTRADA, and
CLIFF PETE,

    Defendants.

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for F.R.E. 502(d) Order** [#63] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#63] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Order Regarding F.R.E. 502(d) [#63-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: July 20, 2015