IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00054-REB-KLM

MARISOL SARDINA A/K/A ALEJANDRA ARREDONDO, COLUMBA RODRIGUEZ A/K/A ANABEL ECHEVERRIA, MARGARITA HERRERA A/K/A JESSICA GONZALEZ, ALBERTO ECHEVERRIA A/K/A JESUS F. GONZALEZ, MARGARITA LOPEZ, ANGELICA LUGO, BLANCA AVILA A/K/A ROSA MEDINA, PATRICIA ALEJANDRE GARCIA A/K/A ANA MONCADA, JESSICA MORALES TAVERA, MARIA QUINONES M. A/K/A KARIME DOMINGUEZ, ROSAURA ZAVALA A/K/A ALEJANDRA GUTIERREZ

individually and on behalf of others similarly situated

    Plaintiffs,

v.

TWIN ARCHES PARTNERSHIP, LTD., LORENA ESTRADA AND CLIFF PETE

in their individual and corporate capacities,

    Defendants.

---

## STIPULATED ORDER REGARDING F.R.E. 502(d)

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

FPDOCS 30818023.1                      1

Respectfully submitted,

THE RAMOS INJURY FIRM, LLP

By: s/ Colleen T. Calandra
 Colleen T. Calandra, Esq.
801 E. 17th Avenue
Denver, CO 80218
Phone Number: (303) 733-6353
Fax Number: (303) 865-5666
ccalandra@ramosinjuryfirm.com

**ATTORNEYS FOR PLAINTIFFS**

FISHER & PHILLIPS LLP

By: s/ Darin Mackender
 Darin Mackender, Esq.
1801 California Street, Suite 2700
Denver, Colorado 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@laborlawers.com

**ATTORNEYS FOR DEFENDANTS**

Dated this 20TH day of July, 2015.

BY THE COURT:

_____
United States Magistrate Judge