**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00054-REB-KLM

MARISOL SARDINA A/K/A ALEJANDRA ARREDONDO,
COLUMBA RODRIGUEZ A/K/A ANABEL ECHEVERRIA,
MARGARITA HERRERA A/K/A JESSICA GONZALEZ,
ALBERTO ECHEVERRIA A/K/A JESUS F. GONZALEZ,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA A/K/A ROSA MEDINA,
PATRICIA ALEJANDRE GARCIA A/K/A ANA MONCADA,
JESSICA MORALES TAVERA,
MARIA QUINONES M. A/K/A KARIME DOMINGUEZ,
ROSAURA ZAVALA A/K/A ALEJANDRA GUTIERREZ,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.

TWIN ARCHES PARTNERSHIP, LTD,
LORENA ESTRADA, and
CLIFF PETE,
in their individual and corporate capacities,

    Defendants.

## ORDER APPROVING STIPULATION OF DISMISSAL
## OF CERTAIN CLAIMS AS TO CERTAIN DEFENDANTS

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal for Plaintiffs' Colorado State Law Wage and Hour Claims Brought Pursuant to C.R.S. §§ 8-6-101 et seq. Against Defendants Lorena Estrada and Cliff Pete, Individually** [#71],[1]

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

filed August 6, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal for Plaintiffs' Colorado State Law Wage and Hour Claims Brought Pursuant to C.R.S. §§ 8-6-101 et seq. Against Defendants Lorena Estrada and Cliff Pete, Individually** [#71] is approved;

2. That the claims of the plaintiffs asserting state law wage and hour claims under §§8-6-101 et seq. , C.R.S., the Third, Forth, and Sixth claims for relief, are dismissed with prejudice as to defendants, Lorena Estrada and Cliff Pete, individually; and

3. That as to the claims specified in paragraph two (2) above, the plaintiffs and defendants, Lorena Estrada and Cliff Pete, shall bear their own attorney fees and costs.

Dated August 10, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge