**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00054-REB-KLM

MARISOL SARDINA A/K/A ALEJANDRA ARREDONDO,
COLUMBA RODRIGUEZ A/K/A ANABEL ECHEVERRIA,
MARGARITA HERRERA A/K/A JESSICA GONZALEZ,
ALBERTO ECHEVERRIA A/K/A JESUS F. GONZALEZ,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA A/K/A ROSA MEDINA,
PATRICIA ALEJANDRE GARCIA A/K/A ANA MONCADA,
JESSICA MORALES TAVERA,
MARIA QUINONES M. A/K/A KARIME DOMINGUEZ,
ROSAURA ZAVALA A/K/A ALEJANDRA GUTIERREZ,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.

TWIN ARCHES PARTNERSHIP, LTD,
LORENA ESTRADA, and
CLIFF PETE,
in their individual and corporate capacities,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

    The matter is before me on the **Plaintiffs' Unopposed Motion To Dismiss Plaintiff, Margarita Lopez From This Case Without Prejudice** [#89][1] filed November 24, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff Margarita Lopez should be dismissed without

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Unopposed Motion To Dismiss Plaintiff, Margarita Lopez From This Case Without Prejudice** is granted:

2. That the claims of plaintiff, Margarita Lopez, against the defendants, are dismissed without prejudice; and

3. That plaintiff, Margarita Lopez, is dismissed and is dropped as a party to this action, and the caption shall be amended accordingly.

Dated December 15, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge