IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00054-REB-KLM

MARISOL SARDINA, also known as Alejandra Arredondo,
COLUMBA RODRIGUEZ, also known as Anabel Echeverria,
MARGARITA HERRERA, also known as Jessica Gonzalez,
ALBERTO ECHEVERRIA, also known as Jesus F. Gonzalez,
MARGARITA LOPEZ,
ANGELICA LUGO,
BLANCA AVILA, also known as Rosa Medina,
PATRICIA ALEJANDRE GARCIA, also known as Ana Moncada,
JESSICA MORALES TAVERA,
MARIA QUINONES, also known as Karime Dominguez,
ROSAURA ZAVALA, also known as Alejandra Gutierrez,
    individually and on behalf of others similarly situated,

    Plaintiff,

v.

LORENA ESTRADA,
CLIFF PETE, and
TWIN ARCHES PARTNERSHIP, LTD,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [#120] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#120] is **GRANTED**. The discovery deadline is extended to **April 12, 2016**, for the sole purpose of completing outstanding depositions in this case.

    Dated: April 1, 2016